UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STEVEN PAUL McDONALD, | |
|---|---|
| Plaintiff, | CASE NO. C07-347BHS |
| v. | |
| ICICLE SEAFOODS, INC., | ORDER |
| Defendant. | |

This matter comes before the Court on the parties' responses to the Court's Order to Show Cause (Dkts. 31, 32, 33, and 34). The Court has considered the responses and the remainder of the file.

On October 2, 2008, the Court ordered Plaintiff to show cause why this case should not be dismissed for want of prosecution. Dkt. 30. On November 10, 2008, Defendant responded to the order to show cause and claimed that the parties had entered into a settlement agreement. Dkt. 34. Defendant also claims that, while Plaintiff has signed some of the settlement documents, Plaintiff has not signed all of the relevant documents relating to the settlement agreement. *Id*. Defendant requests that the Court dismiss this case with prejudice but allow "an additional 60 days for the parties to return to the Court" if Plaintiff fails to sign and return the relevant documents. *Id*.

ORDER - 1

The Court will dismiss the case upon a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, the Court will strike the remaining pretrial and trial dates and order the parties to submit a stipulation of dismissal no later than January 9, 2009.

**IT IS SO ORDERED.**

DATED this 25th day of November, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2